IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MAURICE ANTONIO WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cv-595-GPM-DGW |
| | ) | |
| SHANE A. WALTERS, PAUL D. | ) | |
| SCHNEPPER, and BILLINGTON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Compel filed by Plaintiff, Maurice Antonio

Woods, on December 6, 2012 (Doc. 42).   The Motion is **DENIED**.

Plaintiff seeks a Court order compelling Defendants to provide video, photographic, and

documentary evidence regarding the incident at issue in this matter.   While Defendants responded

to Plaintiff's original discovery request, they did not respond to the pending Motion within the

time provided by Local Rule 7.1.   On February 20, 2013, this Court took Plaintiff's Motion under

advisement and directed Defendants to notify the Court as to whether documents related to the

incident exist, have been provided to Plaintiff, or have been withheld for a specified reason.

Defendants were also instructed to provide the names of any fact witnesses of which they are

aware.   Finally, Plaintiff was directed to specify the location of persons he believes witnessed the

events and a clearer statement of how certain evidence is relevant and discoverable.   The parties

were directed to respond this Court's Order by March 11, 2013.   Defendants filed a response on

March 8, 2013 (Doc. 49); however, Plaintiff has not filed any response.

In their response Defendants state that they have served various documents upon Plaintiff

including grievances, disciplinary records, incident reports of correctional officers, and Plaintiff's medical records.  Defendants further indicate that they have provided a list of inmates housed near Plaintiff during the relevant time period and they there are no internal investigation documents related to this matter.  The Court finds that Defendants have complied with their obligations under the Federal Rules and the Orders of this Court.  Plaintiff has not indicated in what manner the discovery is deficient nor has he complied with this Court's February 20, 2013 Order (Doc. 48).

For the foregoing reasons, the Motion to Compel filed by Plaintiff on December 6, 2013 is **DENIED.**

**DATED: April 8, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**

2